BERTHA J. RIZIKA, Appellant, v. ARTHUR GALINSKY, Respondent.— Order affirmed, with costs. All concur. (The order denies an application for a final order and dismisses a summary proceeding to remove a tenant.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR McLAUGHLIN, Appellant, v. JOSEPH H. BROPHY, Warden of the New York State Prison at Auburn, New York, Respondent.— Appeal dismissed, without costs, as academic. All concur. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH SCAROLA, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, New York, Respondent.— Order modified by providing that the warden of Auburn State Prison be directed to return the relator to the county of Queens for resentence, and as modified affirmed, without costs, on the authority of *People ex rel. Temple v. Brophy* (248 App. Div. 442; affd., 273 N. Y. 487). All concur. (The order dismisses a writ of habeas corpus and remands relator to custody.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL DiMINNO, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Auburn, New York, Respondent.— Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator to custody.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

THE BATAVIA TIMES PUBLISHING COMPANY, Respondent, v. GARY J. FURY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur, except Sears, P. J., and Cunningham, J., who dissent and vote for reversal and granting the defendant's motion for summary judgment. (The order denies defendant's motion for summary judgment in an action on a contract.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

In the Matter of CHARLES EDDY, Appellant, v. WILLIAM HUNT and Others, Comprising the Prison Board of Attica Prison, Respondents.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Cunningham and Taylor, JJ.

FIRST TRUST AND DEPOSIT COMPANY, as Receiver in Supplementary Proceedings of the Property of HENRY G. HAMLIN, Respondent, v. HENRY G. HAMLIN, BLANCHE KING, Individually and as Sole Executor, etc., of GEORGE A. BLANCHARD, Deceased, and Others, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

In the Matter of Proving the Last Will and Testament of EDWARD S. LOWE, Deceased.— Motion for leave to appeal to the Court of Appeals granted. [See 253 App. Div. 868.] Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.